**PARKVIEW ENGRAVING LLC, Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Appellee.**

No. 2010–1399.

United States Court of Appeals, Federal Circuit.

March 21, 2011.

Lawrence J. Sklute, Sklute & Associates, of Potomac, Maryland, argued for appellant.

William J. Grimaldi, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were TONY WEST, Assistant Attorney General, Jeanne E.

Davidson, Director, and Brian M. Simkin, Assistant Director.

NEWMAN, GAJARSA, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**